439 A.2d 620
COMMONWEALTH of Pennsylvania
v.
William Phillips AFRICA, Appellant.
Supreme Court of Pennsylvania.
Submitted Oct. 19, 1981.
Filed Jan. 29, 1982.

Bruce A. Franzel, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark Gurevitz, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.
Judgments of sentence affirmed.